# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

145119

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOSEPH F. BABIARZ, JR.,
      Plaintiff-Appellant,

v

AUDREY LESLIE,
      Defendant-Appellee,

and

EVERGREEN TOWNSHIP BOARD OF
SUPERVISORS, SANILAC COUNTY
BOARD OF ROAD COMMISSIONERS, and
JOHN DOE EMPLOYEES OF SANILAC
COUNTY BOARD OF ROAD
COMMISSIONERS,
      Defendants.

SC: 145119
COA: 301927
Sanilac CC: 09-033197-NZ

_____/

      On order of the Court, the application for leave to appeal the February 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

p0919